UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMANDA J. BAZINET,<br><br>    Plaintiff,<br><br>vs.<br><br>BETH ISRAEL LAHEY HEALTH, INC.,<br>BETH ISRAEL DEACONESS HOSPITAL<br>– MILTON, INC.,<br><br>    Defendants. | Civil Action No. 1:23-cv-11056-AK |

## NOTICE OF APPEARANCE OF TAVISH M. BROWN

  Please enter the appearance of Tavish M. Brown as counsel on behalf of Defendants Beth Israel Lahey Health, Inc. and Beth Israel Deaconess Hospital-Milton, Inc. in the above-referenced matter.

               Respectfully submitted,

               **BETH ISRAEL LAHEY HEALTH, INC. AND BETH ISRAEL DEACONESS HOSPITAL-MILTON, INC.**
               By their attorneys,

               */s/ Tavish M. Brown*
               Tavish M. Brown (BBO No. 714038)
                 *tbrown@hrwlawyers.com*
               Scott A. Roberts (BBO# 550732)
                 *sroberts@hrwlawyers.com*
               Hirsch Roberts Weinstein LLP
               One Liberty Square, 12th Floor
               Boston, MA 02109
               Phone: (617) 348-4300
               Fax: (617) 348-4343

Dated: September 18, 2024

- 2 -

## **CERTIFICATE OF SERVICE**

      I, Tavish M. Brown, certify that this document, filed through the Electronic Case Filing (ECF) system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 18, 2024.

                                      */s/ Tavish M. Brown*
                                      Tavish M. Brown